MORRIS LAW GROUP
Ryan M. Lower, NV Bar No. 9108
Raleigh C. Thompson, NV Bar No. 11296
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rml@morrislawgroup.com
Email: rct@morrislawgroup.com

Attorneys for Defendant
DHX GROUP, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DR. THOMAS A. GERACI, as Trustee of the THOMAS A. GERACI LIVING TRUST, dated June 7, 2006 and solely in this capacity as the successor-in-interest and assignee of the ESTATE of WORLDDOC, INC. d/b/a SOCIALWELLTH, a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>DAVID VINSON, an individual, DHX GROUP, INC., a Nevada corporation, and DOES 1-10,<br><br>Defendant. | Case No. 2:19-cv-01038-GMN-VCF<br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, DR. THOMAS A. GERACI, as Trustee of the THOMAS A. GERACI LIVING TRUST, dated June 7, 2006 and solely in this capacity as the successor-in-interest and assignee of the ESTATE of WORLDDOC, INC. d/b/a SOCIALWELLTH, and Defendant DHX GROUP, INC., by and through their respective undersigned counsel, hereby stipulate and agree that:

1.     plaintiff served DHX Group, Inc. with the summons and complaint on June 20, 2019; and

2.     DHX Group, Inc. shall have up to and including August 8, 2019 to answer or otherwise respond to plaintiff's complaint.

Date: July 17th, 2019.                    Date: July 17th, 2019.

MORRIS LAW GROUP           BRUTZKUS GUBNER

By */s/ RYAN LOWER*              By */s/ STEVEN GUBNER*
   Ryan M. Lower (9108)             Steven T. Gubner (4624)
   Raleigh C. Thompson (11296)    4495 S. Pecos Road
   411 E. Bonneville Ave., Ste 360   Las Vegas, Nevada 89121
   Las Vegas, Nevada 89101

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: 7-18-2019