# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DR. THOMAS A. GERACI, | |
| Plaintiff, | Case No.: 2:19-cv-01038-GMN-VCF |
| vs. | |
| DAVID VINSON, *et al.*, | **ORDER** |
| Defendants. | |

Pending before the Court is Defendant David Vinson's Motion for Demand for Non-Resident Cost Bond Pursuant to NRS § 18.130(1), (ECF No. 11). Having reviewed and considered the matter,

**IT IS HEREBY ORDERED** that Defendant David Vinson's Motion for Demand for Non-Resident Cost Bond Pursuant to NRS § 18.130(1), (ECF No. 11), is **GRANTED**. Plaintiff Thomas A. Geraci shall have 30 days from the date of this Order to post a $500.00 cost bond or cash deposit.

**DATED** this  31  day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court