```
1   LIPSON NEILSON, P.C.
    JOSEPH P. GARIN, ESQ.
2   Nevada Bar No. 6653
    ANGELA NAKAMURA OCHOA, ESQ.
3   Nevada Bar No. 10164
    9900 Covington Cross Drive, Suite 120
4   Las Vegas, Nevada 89144
    (702) 382-1500
5   (702) 382-1512 - fax
    jgarin@lipsonneilson.com
6   aochoa@lipsonneilson.com

7   Attorneys for Defendant
    DAVID VINSON
8
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DR. THOMAS A. GERACI, as Trustee of the THOMAS A. GERACI LIVING TRUST, dated June 7, 2006 and solely in this capacity as the successor-in-interest and assignee of the ESTATE OF WORLDDOC, INC. d/b/a SOCIALWELLTH, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID VINSON, an individual; DHX GROUP, Inc., a Nevada corporation; and DOES I through X,<br><br>Defendants. | CASE NO.: 2:19-cv-01038-GMN-VCF<br><br>STIPULATION AND ORDER TO STAY CASE PENDING RULING ON MOTION TO DISMISS |

The parties by and through their respective undersigned counsel hereby submit this instant Stipulation and Order to Stay Case Pending the Motion to Dismiss pursuant to Local Rule 7-1. Whereas, the parties state as follows:

1. On June 17, 2019, Plaintiff filed its Complaint. ECF No.1

2. On August 2, 2019, Defendants filed their Motion to Dismiss seeking to dismiss the Complaint. ECF No. 17. Defendants contend this Motion seeks a dismissal of the action in its entirety and in relation to all defendants, without leave to amend.

3. An Opposition and Reply were subsequently filed in relation to the Motion to Dismiss. ECF Nos. 20, 23.

1. 4. The matter is presently submitted pending ruling by this Court.

2. 5. The parties have conferred regarding discovery and believe it is appropriate to stay the case until such time as the Court issues its ruling thereon.

3. 6. The parties believe it is in the interest of justice and will provide judicial economy for the matters within the Motion to be decided before proceeding with discovery, including the disclosures required pursuant to Rule 26 of the Federal Rules of Civil Procedure.

WHEREFORE the parties respectfully request that a stay be entered in this case, pending the Court's ruling on the pending Motion to Dismiss, as good cause has been shown.

DATED this 14th day of October, 2019.

| LIPSON NEILSON, P.C. | MORRIS LAW GROUP |
|---|---|
| By: /s/ | By: /s/ |
| JOSEPH P. GARIN, ESQ. (Bar No. 6653) | RYAN LOWER, ESQ. (Bar No. 9108) |
| ANGELA N. OCHOA, ESQ. (Bar No. 10164) | 411 E. Bonneville, #360 |
| JONATHAN K. WONG, ESQ. (Bar No. 13621) | Las Vegas, NV 89101 |
| 9900 Covington Cross Dr., Suite 120 | *Attorneys for Defendant* |
| Las Vegas, NV 89144 | *DHX Group, Inc.* |
| *Attorneys for Defendant* | |
| *David Vinson* | |

BRUTZKUS GUBNER

By: /s/
JASON B. KOMORSKY, ESQ. (admitted pro hac vice)
MICHAEL W. DAVIS (admitted pro hac vice)
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
United States District Court

**DATED** this  14  day of February, 2020.